Steven Michael PODOBENSKY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 23, 2006.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of August, 2006, the Order of the Commonwealth Court is AFFIRMED.